

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2020

No. 04-20-00057-CR

Temitope A **OLAGESHIN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR13033
Honorable Raymond Angelini, Judge Presiding

# O R D E R

Appellant filed a pro se notice of appeal on January 3, 2020, stating his intent to appeal the trial court's December 4, 2019 order that increased the amount of his pretrial bond. We, however, do not have jurisdiction over this appeal.

Courts of appeal "do not have jurisdiction to review interlocutory orders unless that jurisdiction has been expressly granted by law." *Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991). A trial court's order on a motion to modify the amount or conditions of a pretrial bond is not authorized by statute and therefore is not appealable. *See Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014) ("There is no constitutional or statutory authority granting the courts of appeals jurisdiction to hear interlocutory appeals regarding excessive bail or the denial of bail."); *Ex parte Herrera*, No. 04-18-00020-CR, 2018 WL 1733123, at *2 (Tex. App.—San Antonio Apr. 11, 2018, no pet.) (mem. op., not designated for publication) (holding court of appeals lacked jurisdiction to consider issues seeking to appeal the trial court's order increasing the amount of the appellant's pretrial bond); *Sanchez v. State*, 340 S.W.3d 848, 852 (Tex. App.—San Antonio 2011, no pet.) (holding court of appeals lacked jurisdiction over appeal of pretrial order on motion for reduction of bond).

It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for lack of jurisdiction. All other appellate deadlines are SUSPENDED pending further order of this court.

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of January, 2020.

MICHAEL A. CRUZ,
Clerk of Court